UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:20-cv-60103-RAR

RYAN TURIZO,

    Plaintiff,

v.

CYPRESS TRAIL APARTMENTS, LTD,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff RYAN TURIZO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 18, 2020

Respectfully Submitted,

 /s/ Jibrael S. Hindi              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:   855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 18, 2020, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

      /s/ Jibrael S. Hindi              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

Case 0:20-cv-60103-RAR   Document 11   Entered on FLSD Docket 02/18/2020   Page 2 of 2

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com