UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60103-RAR

**RYAN TURIZO**,

    Plaintiff,

v.

**CYPRESS TRAIL APARTMENTS, LTD.**,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On February 6, 2020, the Court entered an Order Administratively Closing Case [ECF No. 15] ("Order") requiring the parties to file a joint stipulation of dismissal on or before March 19, 2020. To date, there is no indication that the parties have filed the required stipulation of dismissal nor have they requested an extension of time to do so. Therefore, it is hereby

**ORDERED AND ADJUDGED** that on or before **April 24, 2020**, the parties shall file a joint stipulation of dismissal or show good cause as to why this Court should not impose sanctions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of March, 2020.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**