UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.  0:20-cv-60103

RYAN TURIZO,

  Plaintiff,

vs.

CYPRESS TRAIL APARTMENTS, LTD.

  Defendant.
  _____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff RYAN TURIZO, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: March 23, 2020

                                                                Respectfully Submitted,

                                                                 /s/ Jibrael S. Hindi
                                                                **JIBRAEL S. HINDI, ESQ.**
                                                                Florida Bar No.: 118259
                                                                E-mail:   jibrael@jibraellaw.com
                                                                **THOMAS J. PATTI, ESQ.**
                                                                Florida Bar No.: 118377
                                                                E-mail:   tom@jibraellaw.com
                                                                The Law Offices of Jibrael S. Hindi
                                                                110 SE 6th Street, Suite 1744
                                                                Fort Lauderdale, Florida 33301
                                                                Phone:    954-907-1136
                                                                Fax:      855-529-9540

                                                                *COUNSEL FOR PLAINTIFF*

.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        Respectfully Submitted,

                                        /s/ Thomas J. Patti                              .
                                        **THOMAS J. PATTI, ESQ.**
                                        Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com